UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | Chapter 7 |
|---|---|
| FRED COMBS CONSTRUCTION, INC. | Case No. 07-03230-PHX CGC |
| Debtor(s) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3034 | 7-15-10 | Aardvark Septic Service<br>Box 903, Florence, AZ 85232 | 48.72 |
| 3043 | 7-15-10 | Walts Hardware, 516 W Hopi Dr<br>Holbrook, AZ 86025 | 133.44 |
| 3078 | 7-15-10 | Painted Desert Concrete<br>2487 S Gilbert Rd # 106PMB, Gilbert, AZ 85296 | 118.65 |

The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $300.81 to the Clerk of the Court to be deposited in the Registry thereof.

| 04-21-11 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |